Cyrus Safa
Attorney at Law:13241
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
HAROLD L. MAWYER

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HAROLD L. MAWYER | Case No.: 2:16-cv-01140-JAD-GWF |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. | (FIRST REQUEST) |
| Defendant. | |

    Plaintiff Harold L. Mawyer and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 29 days from March 19, 2017 to April 17, 2017 for plaintiff to file a motion for summary judgment, with all other dates in the Court's Order extended accordingly. This is plaintiff's first

///

-1-

request for an extension. This request is made at the request of plaintiff's counsel to allow additional time to fully research the issues presented as counsel has a Ninth Circuit brief due next week, another matter requiring briefing this week, and he is traveling to St. Louis this week.

DATE: March 14, 2017         Respectfully submitted,

LAWRENCE D. ROHLFING

/s / Cyrus Safa

BY: _____
Cyrus Safa
Attorney for plaintiff Mr. Harold L. Mawyer, Jr.

DATE:  March 14, 2017        STEVEN W. MYHRE
Acting United States Attorney

/s/ *Jeffrey Chen*

BY:_____
Jeffrey Chen
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|

DATED: 3/16/2017

IT IS SO ORDERED:  _____George Foley Jr._____
UNITED STATES MAGISTRATE JUDGE

-2-