# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Harold Mawyer,

    Plaintiff

v.

Nancy Berryhill, Commissioner of Social Security,

    Defendant

Case No.: 2:16-cv-01140-JAD-GWF

**Order Adopting Report & Recommendation**

[ECF Nos. 16, 18, 21]

    Harold Mawyer brings this action seeking judicial review of the Commissioner of Social Security's denial of his disability-benefits claim under Title II of the Social Security Act. Mawyer moves for summary judgment in his favor,[1] and the Commissioner opposes that motion and crossmoves to affirm her denial.[2] Magistrate Judge George Foley, Jr. has reviewed both motions and recommends that I grant Mawyer's motion, deny the Commissioner's crossmotion, and remand this case to the Commissioner to determine from the vocational expert whether Mawyer is able to perform other unskilled work in light of his residual functional capacity as determined by the Administrative Law Judge in his June 15, 2015, decision.[3]

    The deadline for any party to object to that recommendation was March 14, 2019, and no party filed objections or sought an extension of the deadline to do so. "[N]o review is required

---

[1] ECF No. 16.

[2] ECF No. 18.

[3] ECF No. 21.

1

of a magistrate judge's report and recommendation unless objections are filed."[4] Having reviewed the R&R, I find good cause to adopt it, and I do.

Accordingly, IT IS HEREBY ORDERED that

- the Magistrate Judge's Report and Recommendation **[ECF No. 21] is ADOPTED** in its entirety;
- Plaintiff's Motion for Summary Judgment **[ECF No. 16] is GRANTED**;
- The Commissioner's Crossmotion to Affirm **[ECF No. 18] is DENIED**; and
- **This case is REMANDED to the Commissioner** to determine from the vocational expert whether Mawyer is able to perform other unskilled work in light of his residual functional capacity as determined by the Administrative Law Judge in his June 15, 2015, decision.

IT IS FURTHER ORDERED that the Clerk of Court is directed to ENTER JUDGMENT ACCORDINGLY and **CLOSE THIS CASE.**

Dated: March 17, 2019

_____
U.S. District Judge Jennifer A. Dorsey

---

[4] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).