AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Harold L. Mawyer, Jr.,

          Plaintiff,

v.

Nancy Berryhill, Commissioner of Social Security,

          Defendant.

JUDGMENT IN A CIVIL CASE
FOR ATTORNEY'S FEES

Case Number: 2:16-cv-01140-JAD-GWF

__ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that fees and expenses in the amount of $3,100 as authorized by 28 USC § 2412 (with no costs) are awarded to plaintiff's counsel Harold L. Mawyer.

6/7/2019
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk